UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALRELIO EVANS,

    Plaintiff,

v.

CONNIE HORTON, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 2:20-cv-134

**CONDITIONAL ORDER STRIKING PLEADING OR OTHER PAPER**

Alrelio Evans has submitted the following unsigned document, in violation of Fed. R. Civ. P. 11(a):

Exhibits – ECF No. [4]

This document will be deemed automatically stricken from the record, without the necessity of a further order of court, unless Alrelio Evans files a signature page (attached) within 21 days of the date of this order.

IT IS SO ORDERED

Date:  August 3, 2020
mlc

/s/ *Maarten Vermaat*
MAARTEN VERMAAT
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ALRELIO EVANS,

    Plaintiff,

v.

CONNIE HORTON, et al.,

    Defendants.

_____/

Hon. Paul L. Maloney

Case No. 2:20-cv-134

**SIGNATURE PAGE FOR:**

Exhibits – ECF No. [4]

    The foregoing document is hereby signed and certified pursuant to Fed. R. Civ. P. 11(a).

_____

YOU MUST SIGN THIS SIGNATURE PAGE AND RETURN IT TO THE CLERK'S OFFICE AS REQUIRED BY THE ATTACHED ORDER.