UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

ALRELIO EVANS,

                Plaintiff,

v.

CONNIE HORTON et al.,

                Defendants.

_____/

Case No. 2:20-cv-134

Honorable Paul L. Maloney

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's action against Defendants Corrigan, Solomon, Clark, Bigger, McLean, Calder, McDonald, Reid-Goldberg, Otten, Picotte, Greenleaf, Gould, Trestrail, Batho, Woodard, Lumsden, Hansen, Portice, Meehan, Unknown Parties #1, Unknown Parties #2, Stranaly, Payment, Cicco, and Wellman is **DISMISSED WITHOUT PREJUDICE**, pursuant to Rule 21 of the Federal Rules of Civil Procedure, because the claims against them are not properly joined in this action.

**IT IS FURTHER ORDERED** that Plaintiff's First Amendment Right to Redress Grievances claim, conspiracy claim, and RLUIPA claim are **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:    November 13, 2020
_____

/s/ Paul L. Maloney
_____
Paul L. Maloney
United States District Judge